IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| Dianne M. Maros<br><br>        Plaintiffs,<br>v.<br><br>Ashley Elizabeth Cure, Greenville County and Greenville County Sheriff's Office,<br><br>        Defendants. | C/A No.: 6:21-cv-03346-JD-JDA<br><br>**RULE 26(f) REPORT** |

  The parties, having consulted pursuant to Rule 26(f), Fed. R. Civ. P., hereby report as follows (check one below):

| | |
|---|---|
| _____ | We agree that the schedule set forth in the Conference and Scheduling Order filed is appropriate for this case. **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.** |
| ___X___ | We agree that the schedule set forth in the Conference and Scheduling Order filed requires modification as set forth in the proposed Consent Amended Scheduling Order which will be e-mailed to chambers as required (use format of the Court's standard scheduling order). **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.** |
| _____ | We are unable, after consultation, to agree on a schedule for this case. We, therefore, request a scheduling conference with the Court. **The parties' proposed discovery plan as required by Fed. R. Civ. P. 26(f), with disagreements noted, and the information required by Local Civil Rule 26.03 will be separately filed by the parties.** |

(SIGNATURE PAGE ATTACHED)

Respectfully submitted,

**THE CLARDY LAW FIRM, P.A.**

s/Timothy A. Nowacki
Timothy A. Nowacki (Federal Bar No. 11660)

s/ Andrew F. Carson
Andrew F. Carson (Federal Bar No. 11247)
872 South Pleasantburg Drive
Greenville, South Carolina 29607
Telephone: (864) 233-8888
Facsimile: (864) 233-8889
Email: Tim@theclardylawfirm.com
          Andrew@theclardylawfirm.com
***Attorneys For Plaintiff Dianne M. Maros***

**WILLSON, JONES, CARTER & BAXLEY, P.A.**

s/Charles F. Turner, Jr.
Charles F. Turner, Jr. (Federal Bar No. 05849)
325 Rocky Slope Road, Suite 201
Greenville, SC 29607
Telephone: (864) 672-3711
Facsimile: (864) 373-7055
Email: cfturner@wjcblaw.com
***Attorney For Defendants Greenville County And Greenville County Sheriff's Office***

**CHAPMAN, HARTER & HARTER**

s/Russell W. Harter, Jr.
Russell W. Harter, Jr. (Federal Bar No. 1753)
14 Lavinia Ave
Post Office Box 10224 (29603)
Greenville, SC 29601
Telephone: (864) 233-4500
Facsimile: (864) 232-1710
Email: rwhjr@chhlaw.net
***Attorney For Defendant Ashley Elizabeth Cure***

January 11, 2022